UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY PETER WILLIAMS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO.   C07-1184-RSL <br> (CR03-493-RSL) <br><br> ORDER DENYING MOTION <br> UNDER 28 U.S.C. § 2255 |

The Court, having reviewed the motion for relief under 28 U.S.C. § 2255, the briefs of the parties, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's motion for relief under 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED.

(3)   Petitioner's motion for an order directing the government to re-file his presentence report (Dkt. No. 19), and petitioner's motion to supplement his original § 2255 motion (Dkt. No. 21), are DENIED.

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255 - 1

1     (4)    The Clerk is directed to send copies of this Order to petitioner, to the United States

2               Attorney, and to Judge Donohue.

3    DATED this 12th day of May, 2008.

                                  /s/ Robert S. Lasnik
                                  Robert S. Lasnik
                                  United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255 - 2